1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN DOFFING; an individual, | Case No.  3:25-cv-00196-ART-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| STEVEN ANTUNES, an individual, OMNI CABLE, LLC, a foreign limited-liability company, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff Nathan Doffing ("Plaintiff") and Defendants Steven Antunes and Omni Cable, LLC ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs incurred in this action.  FRCP 41(a)(1)(ii).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

321478178v.1

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 4th day of October, 2025. | DATED this 7th day of October, 2025. |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | THE BOURASSA LAW GROUP |
| By: */s/ Sheri M. Thome*<br>Sheri M. Thome, Esq.<br>Nevada Bar No. 008657<br>Holly E. Walker, Esq.<br>Nevada Bar No. 014295<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>Sheri.Thome@wilsonelser.com<br>Holly.Walker@wilsonelser.com<br>*Attorneys for Defendants*<br>*Steven Antunes and Omni Cable, LLC* | By: */s/ Joseph P. Waldman*<br>Mark J. Bourassa, Esq.<br>Nevada Bar No. 7999<br>Jennifer A. Fornetti, Esq.<br>Nevada Bar No. 7644<br>Valerie S. Christian, Esq.<br>Nevada Bar No.14716<br>Joseph P. Waldman, Esq.<br>Nevada Bar No. 17010<br>2350 W. Charleston Blvd., Suite 100<br>Las Vegas, NV 89102<br>mbourassa@blgwins.com<br>jfornetti@blgwins.com<br>vchristian@blgwins.com<br>jwaldman@blgwins.com<br>*Attorneys for Plaintiff Nathan Doffing* |

**ORDER**

Upon stipulation of the parties and for good cause shown, the above-captioned action is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: October 8, 2025

321478178v.1